UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOHN MAHONEY, on behalf of himself and all others similarly situated,

    Plaintiff,

-against-

REDICLINIC, LLC.

    Defendant.

Case No. 2:20-cv-03931

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated: Philadelphia, Pennsylvania
      April 11, 2022

Respectfully submitted,

/s/ David S. Glanzberg
Glanzberg Tobia Law, P.C.
*Attorneys for Plaintiff*